STATE v. FLOWERS

No. 553A94

Case below: Rowan County Superior Court

Motion by defendant to drop appeal allowed 8 July 1998. Motion by Attorney General to vacate stay of execution and remand to Rowan County for setting execution date or direct rescheduling of execution date pursuant to G.S. 15-194 (1996) dismissed as moot 8 July 1998. Motion by defendant to dismiss counsel allowed 8 July 1998. Motion by defendant to fire attorneys dismissed as moot 8 July 1998.

STATE v. FLY

No. 472A97

Case below: 127 N.C.App. 286

Petition by Attorney General for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 July 1998.

STATE v. GADDY

No. 148P98

Case below: 128 N.C.App. 748

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

STATE v. GREGORY

No. 232A93-2

Case below: Pitt County Superior Court

Petition by defendant for writ of certiorari allowed 8 July 1998 for the limited purpose of remanding this case to the Superior Court, Pitt County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. McHone*, 348 N.C. 254 and *State v. Bates*, 348 N.C. 29.